Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 17−31847−KCF
                              Chapter: 13
                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis Nardone | Michelle Nardone |
| 15 Evelyn Court | 15 Evelyn Court |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−0356                                                   xxx−xx−9264

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 17, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 17, 2018
JAN: bwj

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-31847-KCF
Louis Nardone                                                           Chapter 13
Michelle Nardone
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 17, 2018
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db/jdb         +Louis Nardone,    Michelle Nardone,    15 Evelyn Court,    Brick, NJ 08723-6826
517163855      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
517146656      +Citizens One Auto Finance,    PO Box 7000,    Providence, RI 02940-7000
517146658       FCI Lender Servcices Inc,    PO Box 27370,    Anaheim, CA 92809-0112
517146659      +KML,   216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
517146660      +Medical Payment Data,    Attn: Remex,    307 Wall Street,    Princeton, NJ 08540-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2018 22:28:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2018 22:28:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517146657       E-mail/Text: bankruptcy.bnc@ditech.com Sep 17 2018 22:27:55      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
517176777       E-mail/Text: bankruptcy.bnc@ditech.com Sep 17 2018 22:27:55
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517146884      +EDI: RMSC.COM Sep 18 2018 02:23:00       GE Capital Retail Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517229553       EDI: WFFC.COM Sep 18 2018 02:23:00       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA   50306-0438
517146661       EDI: WFFC.COM Sep 18 2018 02:23:00       Wells Fargo Financial National Bank,    PO Box 660431,
                 Dallas, TX 75266-0431
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Michelle  Nardone cerbonelawfirm@aol.com
              James J. Cerbone    on behalf of Debtor Louis  Nardone cerbonelawfirm@aol.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7